In the Matter of the ESTATE OF Lucy E. RUTLEDGE, Deceased.

Michael D. BOBBITT, et al., Petitioners/Appellants,

v.

Pearl ALBRIGHT, Individually and as Personal Representative,

and

Earl Ray, Defendants/Respondents.

Nos. 57802, 57834.

Missouri Court of Appeals, Eastern District, Division Three.

Feb. 5, 1991.

Russell Anthony Willis, II, St. Louis, for appellants/cross-respondents.

Harold G. Johnson, Mitchell Johnson, St. Ann, for respondents/cross-appellants.

ORDER

PER CURIAM.

Petitioners appeal from the trial court's order in a discovery of assets action; defendant Earl Ray cross-appeals. We affirm. The judgment of the trial court is supported by substantial evidence, is not against the weight of the evidence, and no error of law appears. As a published opinion would serve no jurisprudential purpose, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).